# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**

Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2023

MEMO ENDORSED

May 1, 2023

Re: *1:23-cv-1502-CM Brown v. New Hampshire Bowl & Board, LLC.*
<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge McMahon :

Plaintiff's counsel submits this corrected letter-motion to seek an adjournment of the initial case management conference, currently scheduled for May 11, 2023. Defendant's counsel has not appeared or been in communication with the defendant as of the date of this letter. Plaintiff proposes a new date of June 13, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

*[Handwritten endorsement: Reschedule conference to June 1, 6, 2023 at 10:00 AM. Colleen M. M. 5/2/2023]*