**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2023

June 5, 2023

Re:   *Case 1:23-cv-01502-CM, Brown v. New Hampshire Bowl & Board, LLC*
      Request for Adjournment of Conference

Dear Judge McMahon:

Plaintiff submits this letter-motion seeking an adjournment of the initial pretrial conference scheduled for June 6, 2023. The Defendant still has not appeared herein, or been in communication with our office. As such, a forty-five day adjournment up to and until July 20, 2023 is being requested, or a date more convenient to the Court. Our office will attempt to reach out to the Defendant informally. If, by the next conference date, Defendant still has not returned our communications, we will seek a default judgment in accordance with Your Honor's rules.

We thank the Court for its attention and consideration herein.

Respectfully submitted,

Mars Khaimov, Esq.

MEMO ENDORSED

Conference adjourned to
7/27/2023 at 10:45 a.m.

Colleen McMahon
6/6/2023