# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/23

July 26, 2023

Re:   1:23-cv-01502-CM Brown v. New Hampshire Bowl & Board, LLC

Status Letter and Request for Adjournment of Conference

**MEMO ENDORSED**

Dear Judge McMahon:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for tomorrow, July 27th, 2023 at 10:45am. Counsel has been unsuccessful thus far in attempts to communicate with Defendant and requests a 30 day adjournment for Defendant to appear. Plaintiff proposes to reschedule the conference for August 28th, 2023, or a date convenient to the Court. This is the third time relief is being requested.

We thank the Court for its attention and consideration in this matter.

*7/26/2023*

*Conference adjourned to 9/14/2023 @ 11:00 AM*

*[signature: Colleen McMahon]*

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
Attorney for Plaintiff