UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Lamar Brown,

              Plaintiff(s),

   -against-

New Hampshire Bowl & Board, LLC,

      Defendant(s),
-------------------------------------------------------X

23 Civ. 1502 (CM) (BCM)

AMENDED
CALENDAR NOTICE

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___Non-Jury Trial | ___ Inquest | |

**on Thursday, October 12, 2023 at 10:15 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: September 13, 2023
      New York, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J