# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2023

October 4, 2023

Re:   1:23-cv-01502-CM Brown v. New Hampshire Bowl & Board, LLC

Status Letter and Request for Extension of Submission Deadline

Dear Judge McMahon:

**MEMO ENDORSED**

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the Initial Pre-Trial Conference. The Conference is currently scheduled for October 12th, 2023. Plaintiff has not yet been in communication with the Defendant, despite repeated efforts, and will seek a default judgment if they do not appear by the next conference date. As such, Plaintiff proposes a 60-day adjournment and a new date of December 12th, 2023, or a date more convenient to the Court. This is the fourth time this relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

OK

Conference is adjourned to 12/14/2023 at 10:00 a.m. This will be an in person Conference.

*Colleen McMahon*
10/5/2023