UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Lamar Brown,

                            Plaintiff,           No. 23-cv-01502 (CM)

    -against-

New Hampshire Bowl & Board, LLC,

                            Defendant.

------------------------------------------------------------x

**ORDER**

    Plaintiff has until July 3, 2024, to file his amended complaint or this case will be dismissed. The clerk of the court is directed to remove the open motion at Dkt. No. 23.

Dated: June 24, 2024

                                                        _____
                                                                       U.S.D.J.

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/24